Tyson Takeuchi (CA Bar No. 177419)
Law Office of Tyson Takeuchi
1100 Wilshire Boulevard
Suite 2606
Los Angeles, CA 90017
Telephone: (213) 637-1566
Facsimile: (888) 977-6310
E-mail: Tyson@tysonfirm.com

Counsel for American Centurion Bank

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

| | |
|---|---|
| IN RE:<br><br>TERRY HAEG ANDERSON,<br><br>DEBTOR. | BK. CASE NO.: 6-13-bk-27641-DS<br><br>CHAPTER 7<br><br>**CONSENT ORDER TO EXTEND THE TIME WHITHIN WHICH A COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT MAY BE FILED** |

American Express Centurion Bank ("American Express"), by and through its undersigned counsel, and Debtor, Terry Haeg Anderson ("Debtor"), by and through his counsel, hereby move as follows:

1. Debtor filed a Chapter 7 petition under Title 11 on October 25, 2013.

2. The §341 Meeting of Creditors was scheduled for November 26, 2013.

3. American Express is a creditor of Debtor. At the time Debtor filed his bankruptcy petition, his debt to American Express was $22,973.43.

4. Rules 4004 and 4007 of the Federal Rules of Bankruptcy Procedure provide that any complaint seeking determination of the dischargeability of a debt pursuant to 11 U.S.C. §523 (c) must be filed no later than sixty (60) days after the date first set for the meeting of creditors. The deadline for the

1

*Terry Haeg Anderson*     *Bk. Case. No.: 6:13-bk-27641-DS*

filing of a complaint to determine dischargeability of debt is January 27, 2014. This deadline may be extended under the provisions of Rules 4004(b) and 4007 (c) of the Federal Rules of Bankruptcy Procedure.

5. American Express has reason to believe that the Debtor may not be entitled to discharge the entirety of his debt to American Express under 11 U.S.C. §523, as he may have incurred all or a portion of this debt fraudulently without intent to repay.

6. Counsel for the parties have been discussing these issues and are attempting to learn more information from the Debtor in this regard. The parties request that they have more time to investigate and review these issues to allow them to make a more informed decision regarding whether a complaint should be filed.

7. As the undersigned counsel for American Express is not licensed to practice in the Central District of California, should it be determined that a Complaint to Determine Dischargeability of Debt is warranted, a licensed California attorney will be engaged to represent American Express.

WHEREFORE, the parties pray this Honorable Court for an Order approving the instant Motion extending the time within which American Express may file a Complaint to Determine Dischargeability of Debt pursuant to 11 U.S.C. §523 from January 27, 2014 until February 27, 2014.

Prepared by:

/s/ Dawn S. Osman

Dawn S. Osman, Esquire
PA Bar #69327
BECKET & LEE, LLP
16 General Warren Boulevard
P.O. Box 3001
Malvern, PA 19355
Telephone: (610) 644-7800
Facsimile: (610) 993-8493
Email: dosman@becket-lee.com
Attorney for American Express

Consented to by:

Tyson Takeuchi, Esquire
CA Bar #177419
Law Offices of Tyson Takeuchi
1100 Wilshire Boulevard
Suite 2606
Los Angeles, CA 90017
Telephone: (213) 637-1566
Facsimile: (888) 977-6310
Email: Tyson@tysonfirm.com
Attorney for Debtor

Terry Haeg Anderson

2

Bk. Case. No.: 6:13-bk-27641-DS